# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LARKIN,<br><br>        Plaintiff,<br><br>v.<br><br>SHEBA SHIVER, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01590-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF No. 13] |

        Plaintiff Shondel Larkin is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to United States Magistrate Judge jurisdiction on October 13, 2016. (ECF No. 4.)

        On March 31, 2017, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered Plaintiff to file an amended complaint within thirty (30) days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

        More than thirty days have since passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. Within **twenty-one (21)** days from the date of service of this

///

///

///

1

order, Plaintiff is directed to show cause why this action should not be dismissed. Failure to comply with this order will result in the action being dismissed for failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **May 10, 2017**

UNITED STATES MAGISTRATE JUDGE