1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11  SHONDEL LARKIN,                          )   Case No.: 1:16-cv-01590-SAB (PC)
                                             )
12              Plaintiff,                   )
                                             )   ORDER DISMISSING ACTION FOR FAILURE
13        v.                                 )   TO COMPLY WITH A COURT ORDER AND
                                             )   FAILURE TO STATE A COGNIZABLE CLAIM
14  SHEBA SHIVER, et al.,                    )   FOR RELIEF
                                             )
15              Defendants.                  )   [ECF Nos. 1, 13, 14]
                                             )
16  _____ )

17        Plaintiff Shondel Larkin is appearing pro se and in forma pauperis in this civil rights action

18  pursuant to 42 U.S.C. § 1983.  Plaintiff consented to United States Magistrate Judge jurisdiction on

19  October 13, 2016.  (ECF No. 8.)

20        On March 31, 2017, the Court dismissed Plaintiff's complaint for failure to state a cognizable

21  claim and granted Plaintiff leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A;

22  28 U.S.C. § 1915(e).  After thirty days passed and Plaintiff failed to file an amended complaint, on

23  May 10, 2017, the Court ordered Plaintiff to show cause within twenty-one days why the action should

24  not be dismissed for failure to comply with a court order and failure to file an amended complaint.    In

25  both the March 31, 2017 and May 10, 2017, orders Plaintiff was warned that if he failed to comply,

26  this action would be dismissed for failure to state a cognizable claim for relief.

27        More than twenty-one days have passed, and Plaintiff has not complied with or otherwise

28  responded to the May 10, 2017, order.

                                             1

As a result, there is no pleading on file which sets forth any claims upon which relief may be granted. Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated: __**June 5, 2017**__

UNITED STATES MAGISTRATE JUDGE